**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MICHAEL A. FARRIS, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00320-O** |
| | § | |
| **U.S. BANK, N.A.,** *et al.,* | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Chief District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **DENIES** Plaintiff's Motion for Reconsideration (ECF No. 12).

**SO ORDERED** on this **28th day** of **April, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**